**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01340-CV

### IN THE INTEREST OF A.E., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-186-W**

## ORDER

This is an accelerated appeal in a parental termination case. The reporter's record was due on October 20, 2014. On October 21, 2014, Kelly Pelletier, Official Court Reporter for the 304th Judicial District Court of Dallas County, Texas, filed a motion for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the reporter's record be filed by **OCTOBER 30, 2014**. *See* TEX. R. APP. P. 35.3(c).

/s/     ELIZABETH LANG-MIERS
JUSTICE